```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

MT. HEBRON DISTRICT MISSIONARY   *
BAPTIST ASSOCIATION OF AL,
INC.,                            *

          Plaintiff,             *   CASE NO. 3:16-cv-00658-CDL-GMB

vs.                              *

THE HARTFORD COMPANY, *et al.*,  *

          Defendants,

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 16, 2017 and a Supplemental Report issued on April 3, 2017 (Doc. 76 and Doc. 80 respectively). Neither party has filed an objection to these Recommendations as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendations for clear error. Finding no clear error, the Court adopts the Recommendations of the Magistrate Judge making them the order of this Court.

Accordingly, the Court orders the following:

1. Sentinel Insurance Company's Motion to Dismiss Count III of Plaintiff's Amended Complaint (Doc. 20) is GRANTED, and Count Three is DISMISSED with prejudice as to Sentinel Insurance Company;

2. Southern Insurance Underwriters, Inc.'s Motion to

Dismiss First Amended Complaint (Doc. 22) is GRANTED, and all claims stated against Southern Insurance Underwriters, Inc. are DISMISSED with prejudice;

3. Hartford Financial Services Group, Inc.'s Motion to Dismiss (Doc. 31) is GRANTED, and all claims stated against Hartford Financial Services Group, Inc. are DISMISSED without prejudice;

4. The Motion to Dismiss or Quash Service on Defendant Designated as "The Hartford Large Loss Organization" (Doc. 60) is GRANTED, and all claims stated against The Hartford Large Loss Organization are DISMISSED without prejudice;

5. Mt. Hebron District Missionary Baptist Association of AL, Inc.'s Oral Motion to Dismiss The Hartford Company, Inc. is GRANTED, and all claims stated against The Hartford Company are DISMISSED without prejudice;

6. Mt. Hebron District Missionary Baptist Association of AL, Inc.'s Oral Motion to Dismiss The Hartford Billing Company: Sentinel Insurance Company, Ltd. is GRANTED, and all claims stated against Hartford Billing Company: Sentinel Insurance Company, Ltd. are DISMISSED without prejudice;

7. Mt. Hebron District Missionary Baptist Association of AL, Inc.'s Motion to Strike, Objection to Matters Outside of the Pleadings, and Motion to Remove Counsel of Record of Defendants (Doc. 50) is DENIED;

8. Mt. Hebron District Missionary Baptist Association of AL, Inc.'s Motion to Dismiss Sentinel Insurance Company's Interpleader Counterclaim (Doc. 28) is DENIED; and

9. Dr. Landon Alexander Sr.'s Motion to Sever and Separate Trials (Doc. 33) is GRANTED, which includes the third-party claim brought by Plaintiff. (Doc. 34).

The Court further orders that this action shall be referred back to the Magistrate Judge to handle all other pretrial matters which he is authorized to handle under the law.

SO ORDERED, this June 8, 2017.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE